■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v CURTIS MUNFORD, Respondent. [54 NYS3d 856]—Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about November 24, 2015, which granted defendant's CPL 440.10 motion to vacate an April 13, 1999 judgment of conviction, unanimously reversed, on the law, the motion denied, and the conviction reinstated. Appeal from order, same court (Neil E. Ross, J.), entered on or about April 12, 2016, which, upon reargument, adhered to the November 24, 2015 determination, unanimously dismissed, as academic.

The court granted the motion on the ground that the automatic vacatur rule of *People v Catu* (4 NY3d 242 [2005]) applies retroactively. The Court of Appeals has subsequently rejected that proposition (*People v Smith*, 28 NY3d 191 [2016]).

Any allegations of prejudice raised by defendant in his pro se submission to the motion court were insufficient to warrant a hearing. Concur—Tom, J.P., Richter, Manzanet-Daniels, Mazzarelli and Gische, JJ.